IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02149-BNB

ROBERT TALLANT,

      Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
STERLING CORRECTIONAL FACILITY,
KEVIN L. MILYARD, Warden,
C. SOARES, Asso. Warden,
TIMOTHY USRY, Major,
CATHIE HOLST,
CAPTAIN JIMERSON,
FRAN GARRETT,
R. HELNBERGE, and
UNKNOWN PARTIES: SCF; MAIL OFFICER STAFF CDOC; CENTRAL READING
      COMMITTEE, SCF; READING COMMITTEE,

      Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 2 7 2006

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

Plaintiff Robert Tallant is a prisoner in the custody of the Colorado Department of
Corrections at the Sterling Correctional Facility at Sterling, Colorado. Mr. Tallant
initiated this action by filing *pro se* a Prisoner Complaint alleging that his constitutional
rights have been violated. He also has filed a Motion to Add Exhibits and a Motion for
the Appointment of Counsel. The Motion to Add Exhibits will be granted. The Motion
for Appointment of Counsel will be denied as premature.

The court must construe the complaint liberally because Mr. Tallant is
representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v.*

*Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Tallant will be ordered to file an amended complaint.

The court has reviewed the complaint and finds that it is deficient because Mr. Tallant fails to allege specific facts that demonstrate how each named Defendant personally participated in the alleged violations of his constitutional rights. Mr. Tallant complains that his First Amendment rights have been violated because prison officials have removed portions of a religious newsletter to which he subscribes before he is allowed to receive the newsletter. However, Mr. Tallant fails to allege how each of the named Defendants violated his First Amendment rights.

Mr. Tallant is advised that 42 U.S.C. § 1983 "provides a federal cause of action against any person who, acting under color of state law, deprives another of his federal rights." *Conn v. Gabbert*, 526 U.S. 286, 290 (1999). Therefore, Mr. Tallant should name as Defendants in the amended complaint only those individuals or entities that he believes actually violated his constitutional rights. Furthermore, personal participation is an essential allegation in a civil rights action. *See Bennett v. Passic*, 545 F.2d 1260, 1262-63 (10th Cir. 1976). To establish personal participation, Mr. Tallant must show that each Defendant caused the deprivation of a federal right. *See Kentucky v. Graham*, 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation and each Defendant's participation, control or direction, or failure to supervise. *See Butler v. City of Norman*, 992 F.2d 1053, 1055 (10th Cir. 1993). A Defendant may not be held liable on a theory of respondeat superior merely

because of his or her supervisory position.  *See Pembaur v. City of Cincinnati*, 475

U.S. 469, 479 (1986); *McKee v. Heggy*, 703 F.2d 479, 483 (10th Cir. 1983).

Accordingly, it is

      ORDERED that the Motion to Add Exhibits filed on October 26, 2006, is granted.

It is

      FURTHER ORDERED that the Motion for the Appointment of Counsel filed on

October 26, 2006, is denied as premature.  It is

      FURTHER ORDERED that Mr. Tallant file **within thirty (30) days from the date**

**of this order** an amended complaint that complies with this order.  It is

      FURTHER ORDERED that the clerk of the court mail to Mr. Tallant, together with

a copy of this order, two copies of the following form:  Prisoner Complaint.  It is

      FURTHER ORDERED that, if Mr. Tallant fails within the time allowed to file an

original and sufficient copies of an amended complaint that complies with this order to

the court's satisfaction, the action will be dismissed without further notice.

      DATED November 27, 2006, at Denver, Colorado.

                       BY THE COURT:

                        s/ Boyd N. Boland
                        United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  06-cv-02149-BNB

Robert Tallant
Prisoner No. 68764
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

     I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner Complaint** to the above-named individuals on ___11/27/06___

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk