IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02149-BNB

ROBERT TALLANT,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
STERLING CORRECTIONAL FACILITY,
KEVIN L. MILYARD, Warden,
C. SOARES, Asso. Warden,
TIMOTHY USRY, Major,
CATHIE HOLST,
CAPTAIN JIMERSON,
FRAN GARRETT,
R. HELNBERGE, and
UNKNOWN PARTIES: SCF; MAIL OFFICER STAFF CDOC; CENTRAL READING
    COMMITTEE, SCF; READING COMMITTEE,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 11 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Plaintiff's "Motion for Ordered Discovery" filed on December 7, 2006, is DENIED as premature. Plaintiff's "Motion for Enlargement of Time to File Amended Complaint" filed on December 7, 2006, is GRANTED as follows: Plaintiff shall have up to and including **January 26, 2007**, to file an amended complaint as directed.

Dated: December 11, 2006

Copies of this Minute Order mailed on December 11, 2006, to the following:

Robert Tallant
Prisoner No. 68764
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Secretary/Deputy Clerk