**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-02149-BNB

ROBERT TALLANT,

        Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
STERLING CORRECTIONAL FACILITY,
KEVIN L. MILYARD, Warden,
C. SOARES, Asso. Warden,
TIMOTHY USRY, Major,
CATHIE HOLST,
CAPTAIN JIMERSON,
FRAN GARRETT,
R. HELNBERGE,
SGT. R. BELCHER,
CDOC CENTRAL READING COMMITTEE, and
SCF READING COMMITTEE,

        Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 1 2007

GREGO.  . _NGHAM
CLERK

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion for Enlargement of Time" filed on December 28, 2006, is DENIED as moot.  Plaintiff's "Petition to Revisit Motion for Ordered Discovery, Motion for Appointment of Counsel" filed on January 3, 2007, is DENIED.  Plaintiff's "Petition for the Service of the Summons and Complaint" filed on January 9, 2007, is DENIED as premature.

Dated:  January 11, 2007

---

Copies of this Minute Order mailed on January 11, 2007, to the following:

Robert Tallant
Prisoner No. 68764
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

_____
Secretary/Deputy Clerk