IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02149-BNB

ROBERT TALLANT,

      Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
STERLING CORRECTIONAL FACILITY,
KEVIN L. MILYARD, Warden,
C. SOARES, Asso. Warden,
TIMOTHY USRY, Major,
CATHIE HOLST,
CAPTAIN JIMERSON,
FRAN GARRETT,
R. HELNBERGE,
SGT. R. BELCHER,
CDOC CENTRAL READING COMMITTEE, and
SCF READING COMMITTEE,

      Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 2 2007

GREGORY C. LANGHAM
CLERK

---

## ORDER TO SHOW CAUSE

---

In an order filed on October 26, 2006, the court granted Plaintiff's motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action. Pursuant to § 1915(b)(1), Plaintiff was ordered to pay the $350.00 filing fee and he was directed to pay the filing fee in installments. On November 20, 2006, Plaintiff paid the initial partial filing fee of $15.00. Pursuant to § 1915(b)(2), Plaintiff is required to make "monthly payments of 20 percent of the preceding month's income credited to [his] account" until the filing fee is paid in full. In the court's October 26 order, Plaintiff was instructed either to make the required monthly payments or to show cause each month

why he has no assets and no means by which to make the monthly payment.  In order to show cause, Plaintiff was directed to file a current certified copy of his inmate trust fund account statement.  Plaintiff was warned that a failure to comply with the requirements of § 1915(b)(2) would result in the dismissal of this action.

Following payment of the initial partial filing fee on November 20, 2006, Plaintiff has made no filing fee payments and he has made no effort to show cause why he has no assets and no means by which to make the monthly payments.  Therefore, Plaintiff will be ordered to show cause why this action should not be dismissed for failure to comply with the court's October 26 order and the requirements of § 1915(b)(2). Accordingly, it is

ORDERED that Plaintiff shall have **thirty (30) days from the date of this order** to show cause why this action should not be dismissed for the reasons stated in this order.  It is

FURTHER ORDERED that if Plaintiff fails to show cause as directed in this order, the complaint and the action will be dismissed without further notice.

DATED February 2, 2007, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  06-cv-02149-BNB

Robert Tallant
Prisoner No. 68764
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751


I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on _2/2/07_

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk